In the Matter of the Probate of the Will of MARGARET ZIMMERMAN, Deceased.

MARINE TRUST COMPANY OF BUFFALO et al., Appellants; WHEEL CHAIR HOME FOR INCURABLES et al., Respondents.

Argued October 21, 1938; decided November 29, 1938.

*Clark H. Hammond, John K. Gerken, Darvin De Marchi, Herbert A. Zimmerman* and *Walter F. Hofheins* for appellants.

*Clayton M. Smith* and *Harold V. Cook* for respondents.

Order affirmed, with costs payable out of the estate to each party filing a separate brief. No opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.